74 F.3d 1227
 Paul J. Schapiro, Jullian Schapiro, Lauren Schapiro
v.
Montgomery County Court, Domestic Relations Section, David
Gutin, Sarita R. Schapiro, Horace A. Davenport, Hon., Roger
B. Reynolds, Jr., Bernard A. Moore, Hon., Samuel W. Salus,
II, Hon., Joseph A. Smyth, Hon., Albert R. Subers, Hon.,
Richard Lowe, Hon., Mathew Santangelo, Sandra Newman, Hon.,
Robert Katz, Jean Bisecker, Astor Weiss Kaplan Rosenbloom,
(formerly Astor, Weiss and Newman), Faiga Rubenstein, Lynda
 NO. 95-1511
 United States Court of Appeals,
Third Circuit.
 Dec 29, 1995
 
 Appeal From: E.D.Pa., No. 95-cv-00986,
 Kelly, J.
 
 
 1
 AFFIRMED.